| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SAMANTHA SCHOTT (NYBN 5130263)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | FAX: (510) 637-3724<br>samantha.schott@usdoj.gov |
| 8 | Attorneys for United States of America |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONEIL MARASIGAN,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | CASE NO. CR 18-0478 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING GUILTY PLEA AND DISMISSING INFORMATION.** |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Samantha Schott, and defendant Joneil Marasigan (defendant), by and through his counsel of record, hereby stipulate as follows:

1. On or about March 22, 2019, defendant Marasigan pleaded guilty pursuant to a plea agreement to the sole count of the Information, Obstruction of Mail, in violation of 18 U.S.C. § 1701. Defendant Marasigan signed a diversionary plea agreement providing for withdrawal of the guilty plea and dismissal of the charge if defendant successfully completed diversion and satisfied his community service obligation.

2. Defendant Marasigan has successfully complied with the terms of the diversion

STIPULATION AND PROPOSED ORDER
CASE NO. CR 18-0478 KAW

agreement and has satisfied his community service obligations.

    3.    Defendant Marasigan now moves to withdraw his guilty plea to the violation of 18 U.S.C. § 1701.

    4.    The government agrees that Defendant Marasigan has successfully completed the terms of the diversion agreement and does not oppose Defendant's application to withdraw his guilty plea.

    5.    Upon the Court's withdrawal of Defendant's guilty plea, the government moves to dismiss the Information against Defendant Joneil Marasigan for the reasons stated above and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 7, 2019

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Samantha Schott
SAMANTHA SCHOTT
Assistant United States Attorney

/s/ Angela Hansen
ANGELA HANSEN
Attorney for Joneil Marasigan

## [~~PROPOSED~~] ORDER

Good cause appearing, for the reasons stated above, the Court hereby orders that Defendant Joneil Marasigan's guilty plea, entered on March 22, 2019, be WITHDRAWN.

Upon withdrawal of Defendant Marasigan's guilty plea, the Court hereby GRANTS the government's motion to dismiss the Information against Defendant Joneil Marasigan pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The Information against Defendant Joneil Marasigan is hereby DISMISSED.

IT IS SO ORDERED.

DATED: October 15, 2019

*(signed)* Kandis Westmore
THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge